UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN CHARLES HANSON,<br><br>Defendant. | No. 2:15-CR-092-RMP<br><br>ORDER GRANTING MOTION TO MODIFY |

Before the Court is Defendant's Motion to Modify Conditions of Pretrial Release. Defendant seeks modification of his release conditions to allow him to travel to Western Washington and Northern Idaho for employment purposes. Neither the United States nor the U.S. Probation Office object to the request to modify the release conditions.

**IT IS ORDERED** that the Defendant's Motion to Modify Conditions of Pretrial Release, **ECF No. 23,** is **GRANTED**. Defendant's release conditions are modified to the extent that he shall be allowed to travel to Western Washington and Northern Idaho for employment purposes only. He shall notify the U.S. Probation Office prior to travel.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

DATED December 17, 2015.



_____

JOHN T. RODGERS

UNITED STATES MAGISTRATE JUDGE

ORDER - 1