UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JOHN C. HANSON,<br><br>　　　　　　　　　　Defendant. | NO: 2:15-CR-92-RMP<br><br>ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE |

Before the Court is Defendant's Unopposed Motion to Modify Conditions of Release, ECF No. 25, and ECF No. 26. Defendant requests permission to travel to Missoula, Montana from December 27, 2015, to December 29, 2015. USPO Erik Carlson and AUSA Aine Ahmed have no objection to the modification of Defendant's conditions of release. ECF No. 25 at 2.

Having reviewed the motion and there being no objection, the Court finds good cause to grant Defendant's motion. Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Modify Conditions of Release, **ECF No. 25**, is **GRANTED**.

ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE ~ 1

2. Defendant's duplicate Motion at **ECF No. 26**, is **moot.**

3. Defendant may travel to Missoula, Montana from **December 27, 2015, to December 29, 2015**.

4. **All other terms and conditions of pretrial release not inconsistent with this Order shall remain in full force and effect**.

The District Court Clerk is directed to enter this Order and provide copies to counsel and to USPO Erik Carlson.

**DATED** this 23rd day of December 2015.

       *s/ Rosanna Malouf Peterson*
       ROSANNA MALOUF PETERSON
       Chief United States District Judge

ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE ~ 2