FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 29, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>JOHN C. HANSON,<br><br>                    Defendant. | NO: 2:15-CR-92-RMP<br><br>ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE |

BEFORE THE COURT is Defendant's Unopposed Motion to Modify Conditions of Release, ECF No. 44, and Motion to Expedite Hearing of the Same, ECF No. 45.  Defendant requests permission to travel to the Northern Division of the District of Idaho.  USPO Erik Carlson and AUSA Aine Ahmed have no objection to this modification of Defendant's conditions of release.  *See* ECF No. 44 at 2.

Having reviewed the motions and there being no objection, the Court finds good cause to grant Defendant's request on an expedited basis.  Accordingly, **IT IS HEREBY ORDERED THAT**:

ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE ~ 1

1. Defendant's Motion to Modify Conditions of Release, **ECF No. 44**, is **GRANTED**.

2. Defendant's Motion to Expedite Hearing of the Same, **ECF No. 45**, is **GRANTED**.

3. Defendant may travel to the Northern Division of the District of Idaho before self-surrendering to begin his term of incarceration.  Defendant shall notify U.S. Probation when he leaves this judicial district and upon his return.

4. All other previously imposed terms and conditions not inconsistent with this Order shall remain in full force and effect.

The District Court Clerk is directed to enter this Order and provide copies to counsel and to USPO Erik Carlson.

**DATED** this 29th day of June 2016.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE ~ 2